# Dwyer Connell & Lisbona
## COUNSELLORS AT LAW

RAYMOND C. CONNELL
(1934-1974)
EDMOND J. DWYER, JR.
(1962-2006)
RAYMOND R. CONNELL ♦
ALBERT C. LISBONA ♦
WILLIAM T. CONNELL ♦◊
DONALD T. OKNER ♦▫
DONALD S. DE DIO ♦
JAMES R. CONNELL
STEVEN J. BATTA •

100 PASSAIC AVENUE – FAIRFIELD, NJ 07004
(973) 276-1800 – FAX (973) 276-1888
E-MAIL: INFO@DCLLAW.COM
WEBSITE: WWW.DCLLAW.COM
MAILING ADDRESS:
P.O. BOX 629
WEST CALDWELL, NJ 07007-0629
I.D. 22-2106499

BETH CONNELL O'CONNOR
LYNN A. LISBONA
LAUREN B. CONNELL
MARVIN J. HAMMERMAN

of counsel
DANIEL L. MARTIN •

◊ Member of NJ and DC Bars
▫ Member of NJ and CO Bars
• Member of NJ and NY Bars
♦ Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

WRITER'S E-MAIL: WCONNELL@DCLLAW.COM

June 23, 2014

The Honorable Lois Goodman, U.S.M.J.
United States District Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

*[Handwritten: The date for deposition motion will be re-set after the ruling on the motion to Amend is issued.]*

RE: FRANK C. CARROLL v. City of New Brunswick, et al.
Civil Action Number: 10-170 (MLC)
Our File Number: 5900.042386

*[Handwritten: So Ordered this 25th day of June, 2014]*

Dear Judge Goodman:

Please be advised that this office represents Defendants, City of New Brunswick and Director Anthony Caputo in the aforementioned matter. Lori A. Dvorak, Esq. represents Detective Michael DeBonis. The aforementioned Defendants will be collectively referred to as the "New Brunswick Defendants".

By way of background, on September 14, 2013, Plaintiff filed a Motion to file a Second Amended Complaint. (See Document Number[1] 26.) The New Brunswick Defendants filed Opposition to that Motion to file a Second Amended Complaint. (See Document Number 28.) On April 2, 2014, Your Honor granted Plaintiff's Motion to file a Second Amended Complaint. (See Document Numbers 37 and 38.) On May 5, 2014, the Second Amended Complaint was filed. (See Document Number 42.) Answers were filed on behalf of the New Brunswick Defendants. (See Document Numbers 40 and 43).

---

[1] References to the documents listed on the Court's docket will hereinafter be referred as Document Number followed by the corresponding number.

The Honorable Lois Goodman, U.S.M.J.            Page Two
RE:  Carroll v. City of New Brunswick          June 23, 2014

    On March 21, 2014, Plaintiff filed a Motion to file a Third Amended Complaint.  (See Document Number 36.)  The New Brunswick Defendants filed Opposition to that Motion to Amend.  (See Document Number 39.)  However, to date, a ruling has not been rendered on the Motion to file the Third Amended Complaint.

    Your Honor entered an Order dated March 10, 2014 which compelled the filing of dispositive motions by June 27, 2014.  (See Document Number 34.)  The New Brunswick Defendants are prepared to file their Motions based on the Second Amended Complaint.  If Plaintiff's Motion to file a Third Amended complaint is denied, the New Brunswick Defendants will file their Motions for Summary Judgment.

    Kindly advise if an extension of time to file the Motions for Summary Judgment will be granted to the New Brunswick Defendant until the Motion to file a Third Amended Complaint is decided.  In the alternative, the New Brunswick Defendants will file their Motions for Summary Judgment based on the Second Amended Complaint.

    Kindly advise how Your Honor would like the New Brunswick Defendants to proceed.

    Should Your Honor have any questions or need additional information, please do not hesitate to contact this office.

    I thank Your Honor and staff for your attention to this matter.

                             Respectfully submitted,

                             WILLIAM T. CONNELL

WTC:BCO
CC:  Robert L. Tarver, Jr., Esq.
     66 South Main Street
     Toms River, New Jersey  08757

     Lori A. Dvorak, Esq.
     Dvorak and Associates
     390 George Street, Eighth Floor
     New Brunswick, New Jersey 08901