UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **FRANK C. CARROLL,**<br><br>Plaintiff,<br><br>v.<br><br>**THE CITY OF NEW BRUNSWICK, et al.,**<br><br>Defendants. | Civil Action No. 10-170 (MLC)(LHG)<br><br><br><br>**ORDER DENYING PLAINTIFF'S MOTION TO FILE A THIRD AMENDED COMPLAINT** |

**THIS MATTER** having come before the Court by way of Plaintiff's Motion to File a Third Amended Complaint [Docket Entry No. 36]; the Court having delivered its opinion to counsel during a conference conducted on the record on this date; for the reasons set forth in the record; and for good cause shown,

**IT IS** on this **11th** day of **July, 2014,**

**ORDERED** that Plaintiff's Motion to File a Third Amended Complaint is **DENIED**; and it is further

**ORDERED** that any dispositive motions shall be filed by no later than **July 25, 2014**, and made returnable on **August 15, 2014**.

_____
**LOIS H. GOODMAN**
**United States Magistrate Judge**