```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minutes of Proceeding
```

OFFICE: Trenton
Magistrate Judge Lois H. Goodman      Date: 7/11/14
Court Reporter/ESR: Digitally

TITLE OF CASE:                   CIVIL 10-170 MLC/LHG

Frank C. Carroll, III
vs.
The City of New Brunswick, et al.

APPEARANCES:
Robert Tarver, Jr., Esq for Plaintiff
Elizabeth O'Connor, Esq for City of New Brunswick and Chief Tony Caputto
Kurt Trinter, Esq for Officer Michael DeBonis

NATURE OF PROCEEDINGS:
Decision on [36] Motion by plaintiff to File a Third Amended Complaint read into the record.
Ordered motion denied.
Order to follow.

TIME COMMENCED: 11:00 a.m.          *Ivannya Jimenez*
TIME ADJOURNED: 11:40 a.m.          Courtroom Deputy
TOTAL TIME: 40 minutes