# Law Offices of Robert L. Tarver, Jr.

**66 SOUTH MAIN STREET**
**TOMS RIVER, NEW JERSEY 08757**
**TEL: (732) 341-2152  FACSIMILE: (732) 341-2153**
E-mail:  tarverlaw@comcast.net

**ATLANTIC CITY OFFICE:**
**1616 PACIFIC AVENUE, SUITE 214**
**ATLANTIC CITY, NEW JERSEY 08401**
**TEL: (609) 289-8912**

Reply to Toms River Office

August 27, 2014

ELECTRONICALLY FILED

Hon. Mary L. Cooper, USDJ
Clarkson S. Fisher Bldg & U.S. Courthouse
402 East State Street
Trenton, NJ 08608
**Attn:**   Elizabeth Heffner

    Re:   Carroll v. City of New Brunswick, et. al.
            Civil Action No. 3:10-cv-0170

Dear Ms. Heffner;

    This firm represents the plaintiff Frank Carroll in the above captioned matter. Pursuant to our recent telephone conversation, I am requesting that I be granted an extension of time to file Plaintiff's Opposition to Defendant's Summary Judgment motions to Tuesday, September 2, 2014 with a corresponding extension for Defendant's reply. All opposing counsel have consented to this extension.

    If there are any questions, please do not hesitate to contact this office. Thank you for your attention.

                          Respectfully submitted,
                          LAW OFFICES OF ROBERT L. TARVER, JR.

                          /s/Robert L. Tarver, Jr.

                          Robert L. Tarver, Jr., Esq.

RLT/ce